R. Jeremy Adamson (251380)
Ryan B. Bell (Admitted *Pro Hac Vice*)
S. Adam Revelli (Admitted *Pro Hac Vice*)
**KUNZLER BEAN & ADAMSON, PC**
4225 Executive Square, Suite 600
La Jolla, California 92017
T: (619) 365-9110
jadamson@kba.law
rbell@kba.law
arevelli@kba.law

*Attorneys for Defendant Peek Travel, Inc.*

# UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| ZHARIA CHARLES, individually and on behalf of all other persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PEEK TRAVEL, INC.<br><br>Defendant. | Case No.:           3:24-cv-04201-MMC<br>Honorable Judge:  Maxine M. Chesney<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT PEEK TRAVEL, INC.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT OR, IN THE ALTERNATIVE, MOTION TO STAY**<br><br>Hearing Date: October 11, 2024<br>Hearing Time: 9:00 a.m. |

Having considered the parties' filings in support of and in opposition to *Defendant Peek Travel, Inc.'s Motion to Dismiss Plaintiff's Complaint or, in the Alternative, Motion to Stay* (Dkt. 24), oral arguments of the parties, and with good cause appearing, the Court hereby ORDERS as follows:

Plaintiff's Complaint filed on July 11, 2024, is hereby dismissed in its entirety with prejudice.

///

///

///

-1-
ORDER GRANTING D'S MOTION TO DISMISS OR, ALTERNATIVELY, MOTION TO STAY

1     DATED: _____

2                                     BY THE COURT:

4                                     HON. MAXINE M. CHESNEY
                                    DISTRICT COURT JUDGE

-2-
ORDER GRANTING D'S MOTION TO DISMISS OR, ALTERNATIVELY, MOTION TO STAY